# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CLARK, | No. CV 08-3634-ODW(CW) |
|         Petitioner, | JUDGMENT |
|    v. | |
| L. E. SCRIBNER (Warden), | |
|         Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 9/18/08

OTIS D. WRIGHT, II
United States District Judge